UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF: JaNae Reed,                  Case No. 22-44892-tjt
                                                                     Chapter 13
                                                                     Judge Thomas J. Tucker

             Debtor.         /

ORDER GRANTING, *IN A REDUCED AMOUNT*, ATTORNEY FEE APPLICATION OF DEBTOR'S COUNSEL AS AN ADMINISTRATIVE EXPENSE FOR THE TIME PERIOD ENDING ON 02/18/23

     This case is before the Court on the fee application of the attorney for the Debtor (Docket # 64, the "Application"). All required parties were served with notice of the Application, and no timely objection to the Application was filed. The Court finds good cause to enter this Order.

     The Court will grant the Application, but only in a reduced fee amount. This case was originally filed as a Chapter 7 case, on June 20, 2022. The case was converted to Chapter 13 on September 28, 2022, on a motion to convert filed by the Debtor on August 31, 2022 (Docket ## 22, 33). The Court cannot allow fees for the work by Debtor's counsel that was done during, and for, the Chapter 7 phase of this case. *See In re Freeman*, 607 B.R. 317, 323 (Bankr. E.D. Mich. 2019), *aff'd.*, 2020 WL 1473903 (E.D. Mich. 2020).

     The following time entries and fee amounts, contained in the "Case Administration" section of the fee itemization filed with the Application (Docket # 64-3) must be disallowed, because they are for work done by Debtor's counsel that was during, and for, the Chapter 7 phase of this case: the five time entries for the dates of 6/14/22 through 6/20/22, and the last time entry for 8/31/22. These total $1,341.00 in fees. The requested amount for fees ($5,212.00) therefore must be allowed only in the reduced amount of **$3,871.00** ($5,212.00 - $1,341.00 = $3,871.00).

     IT IS ORDERED that:

1. The Court previously approved Applicant's fees and expenses in the amount of       $0.00

The Court grants Applicant's current fee application as follows:

| | |
|---|---:|
| THIS AWARD FOR FEES | **$3,871.00** |
| THIS AWARD FOR COSTS | $326.28 |
| TOTAL THIS AWARD | $4,197.28 |
| AMOUNT OF THIS AWARD PAID DIRECTLY BY DEBTOR: | $100.00 |
| AMOUNT OF THIS AWARD TO BE PAID BY TRUSTEE: | **$4,097.28** |

2. This award covers services rendered and expenses incurred during the time period ending on 02/18/23.

**Signed on March 29, 2023**



/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge